## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ISAACS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TOTAL TRUCKING, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-20-996<br>)<br>)<br>)<br>)<br>) |

## OFFER OF JUDGMENT

Defendant Total Trucking, Inc., for its Offer of Judgment on all claims by all Plaintiffs in the above-styled and numbered matter, states as follows:

Pursuant to 12 O.S. § 1101.1(B), Defendant hereby makes an offer of judgment of Twenty-Five Thousand Dollars ($25,000.00) in satisfaction of all Plaintiffs' claims, inclusive of all costs, attorney fees, liens, expenses, and any and all interest.

Respectfully Submitted,

/s/ Richard R. Rice
_____
RICHARD R. RICE, OBA #15129
*Rice Law Firm*
1401 S. Douglas Blvd., Ste. A
Midwest City, OK 73130
(405) 732-6000/ (405) 737-7446
Rick@RiceLawFirm.net

ATTORNEY FOR DEFENDANT
TOTAL TRUCKING, INC.

## Certificate of Service

    I hereby certify that a true and correct copy of the above and foregoing was emailed on the __27th__ day of __August__, 2021, via the court's ECF system, to the following:

Matthew Parmet
Counsel for Plaintiffs

_/s/ R. Parmet_