# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ISAACS, individually and on behalf of all others similarly situated,<br><br>v.<br><br>TOTAL TRUCKING, INC. | **Case No. 5:20-cv-00996-J**<br>FLSA Collective Action<br><br>Judge Bernard M. Jones |

## PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Defendant Total Trucking, Inc. offered to have judgment entered against it on the terms set forth on Exhibit A. Plaintiffs accept the offer and request the Court enter judgment accordingly. A proposed judgment is attached.

Respectfully submitted,

By: */s/ Matthew S. Parmet*
   **Matthew S. Parmet**
   Texas Bar # 24069719
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228
matt@parmet.law

**Attorneys for Plaintiffs**