**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JAMES ISAACS, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-20-996-J |
| TOTAL TRUCKING, INC., | ) ) | |
| Defendant. | ) ) | |

## JUDGMENT

On August 27, 2021, Defendant filed an Offer of Judgment [Doc. No. 46], and on September 1, 2021, Plaintiffs filed a Notice of Acceptance of Offer of Judgment [Doc. No. 47]. Based upon Defendant's offer and Plaintiffs' acceptance, the Court hereby ENTERS judgment in favor of Plaintiffs and against Defendant Total Trucking, Inc. in the amount of $25,000, in satisfaction of all of Plaintiffs' claims, inclusive of all costs, attorney fees, liens, expenses, and any and all interest.

IT IS SO ORDERED this 2nd day of September, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE